No. 74–1520.   ELROD, SHERIFF, ET AL. *v.* BURNS ET AL. C. A. 7th Cir.   Certiorari granted.

No. 74–1599.   CHANDLER *v.* ROUDEBUSH, ADMINISTRATOR OF VETERANS' AFFAIRS, ET AL.   C. A. 9th Cir.   Certiorari granted.

No. 74–1606.   HORTONVILLE JOINT SCHOOL DISTRICT No. 1 ET AL. *v.* HORTONVILLE EDUCATION ASSN. ET AL. Sup. Ct. Wis.   Certiorari granted.

No. 75–95.   TENNESSEE ET AL. *v.* DUNLAP.   C. A. 6th Cir.   Certiorari granted.

No. 75–122.   CANTOR, DBA SELDEN DRUGS CO. *v.* DETROIT EDISON CO.   C. A. 6th Cir.   Certiorari granted.

No. 75–246.   UNITED STATES *v.* HOPKINS, SPECIAL ADMINISTRATOR.   Ct. Cl.   Certiorari granted.

No. 74–1487.   UNITED STATES *v.* MACCOLLOM.   C. A. 9th Cir.   Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this motion and petition.

No. 74–1529.   HENDERSON, CORRECTIONAL SUPERINTENDENT *v.* MORGAN.   C. A. 2d Cir.   Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.